IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DR. C, A PSEUDONYM § | |
|       Plaintiff, § | |
| § | |
| v. § | |
| § | CAUSE NO. |
| EAST HOUSTON REGIONAL MEDICAL § | |
| CENTER D/B/A BAYSHORE MEDICAL § | |
| CENTER § | |
|       Defendant. § | |

## APPLICATION FOR TEMPORARY RESTRAINING ORDER

NOW INTO COURT, comes Plaintiff, Dr. C, who respectfully submits this Application for Temporary Restraining Order pursuant to Federal Rule of Civil Procedure 65(b) requesting that the Court enter an order prohibiting Defendant East Houston Regional Medical Center d/b/a Bayshore Medical Center ("Medical Center") from submitting any report to the NPDB during the pendency of this litigation based on the actions giving rise to this suit.

The reasons supporting this Application are more fully set forth in the accompanying Memorandum and Exhibits which are incorporated and adopted herein by reference.

Respectfully submitted,

*/s/ Samuel J. Louis*
**STRASBURGER & PRICE, LLP**

Samuel J. Louis
909 Fannin Street, Suite 2300
Houston, TX 77010
713.951.5604
832.397.3503 (fax)
sam.louis@strasburger.com

**ATTORNEYS FOR PLAINTIFF
DR. C, A PSEUDONYM**