United States District Court
Southern District of Texas
**ENTERED**
November 01, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DR. C, A PSEUDONYM, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:17-cv-03277 |
| EAST HOUSTON REGIONAL MEDICAL CENTER D/B/A BAYSHORE MEDICAL CENTER, | § § § § | |
| Defendant. | § § | |

## TEMPORARY RESTRAINING ORDER AND EXTENSION THEREOF

On this date the Application for a Temporary Restraining Order of Plaintiff, Dr. C, that was incorporated into and pled in Plaintiffs' Original Verified Petition and Application for Temporary Restraining Order and Temporary Injunction and Request for Disclosure ("Petition") in this cause, was heard and considered before this Court. Based upon the pleadings, exhibits, records, and documents filed by Plaintiff and presented to the Court and agreement by defendant with respect to the entry of a temporary restraining order and extension thereof, it is therefore,

**ORDERED, ADJUDGED** and **DECREED** that Defendant EAST HOUSTON REGIONAL MEDICAL CENTER D/B/A BAYSHORE MEDICAL CENTER ("Medical Center"), and/or their various agents, employees, attorneys, are hereby **ORDERED** to immediately cease and desist from attempting or proceeding to submit a report to the National Practitioner Data Bank regarding Dr. C for actions that have been taken by the Medical Center during peer review, pending the outcome of the injunction hearing, which is scheduled for February 16, 2018.

The Clerk of the above-entitled court shall issue a notice of entry of a temporary restraining order in conformity with the law and the terms of this order, to include a copy of this order, and no bond is required at this time.

**SIGNED** and **ENTERED** on ~~this day of~~ Nov. 1, 2017 ~~at _____ o'clock ___.m.~~

_____
UNITED STATES DISTRICT JUDGE