UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| A. PSEUDONYM; agent DR. C, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:17-CV-3277 |
| EAST HOUSTON REGIONAL MEDICAL CENTER D/B/A BAYSHORE MEDICAL CENTER, | § § § § § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

The Court has reviewed the Memorandum and Recommendation (Instrument No. 32) signed by Magistrate Judge Christina Bryan regarding Instrument No. 8, Defendant's Motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and Motion to dismiss pursuant to the Texas Citizens Participation Action (TCPA) at Instrument No. 9.

The Court has reviewed the Memorandum and Recommendation and objections and made a de novo review of the Magistrate Judge's recommended dispositions to which objections were raised, Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *McLeod, Alexander, Powel & Apffel P.C. v. Quarles*, 925 F.2d 853, 855 (5th Cir. 1991), and after consideration of the applicable law, is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is **ORDERED** that the Medical Center's motions to dismiss under the TCPA and Rule 12(b)(6) are **GRANTED** as to Plaintiff's business disparagement claim, it's motion to dismiss under rule 12(b)6) is **DENIED** as to her claim under 42 U.S. C. Sec. 1981; and that Plaintiff is **GRANTED** leave to amend her Complaint on or before June 30, 2018.

**ORDERED, ADJUDGED and DECREED** that United States Magistrate Judge Bryan's Memorandum and Recommendation is hereby adopted by this Court.

The Clerk shall enter this Order and provide all parties with a true copy.

**SIGNED on this the** 25th **day of** May **, 2018, at Houston, Texas.**

---
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**